UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSUALDO MIRELES,

        Petitioner,

   v.

K. DICKINSON,

        Respondents.
_____/

NO. CIV. S-09-2554 LKK CMK P

O R D E R

    Pending before the court is a motion for reconsideration of this court's order adopting the findings and recommendations of the magistrate judge and granting the respondent's motion to dismiss. Petitioner is a prisoner seeking habeas relief and proceeding without counsel.

    On May 5, 2011, respondent filed a motion to dismiss petitioner's habeas petition on the grounds that the petition fails to challenge the fact or duration of petitioner's imprisonment. Petitioner did not file an opposition to the motion to dismiss. Nevertheless, the magistrate judge considered the merits of the

1

motion to dismiss, and recommended to this court that it be granted. Those findings and recommendations were issued on January 26, 2012. Petitioner did not file objections to the findings and recommendations, and this court adopted them on March 5, 2012. That order was served on petitioner the same day.

Petitioner now seeks reconsideration of the order dismissing his petition, asserting that he did not oppose the motion because he was involuntarily moved on January 4, 2012, and did not have access to his property to file an opposition.

Petitioner's motion does not explain why he did not file an opposition to the motion filed in May 2011. Accordingly, the court affirms its order dismissing the petition.

IT IS SO ORDERED.

DATED: September 5, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT